IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES MICHAEL
KIMBLE BAYAIRD,

    Petitioner,      No. CIV S-09-0978 EFB P

vs.

B. CURRY,

    Respondent.      <u>ORDER</u>

/

Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254.

Petitioner challenges a conviction in the Kern County Superior Court and so this action should have been commenced in the district court in Fresno. Local Rule 3-120(d).

Accordingly, it is hereby ordered that:

1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

2. The Clerk of Court shall assign a new case number.

////

////

////

////

1

3. All future filings shall bear the new case number and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: May 12, 2009.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE