# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MICHAEL KIMBLE BAYAIRD,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>B. CURRY,<br><br>　　　　　　　Respondent.<br>_____/ | 1:09-cv-00844 OWW DLB (HC)<br><br>ORDER GRANTING PETITIONER'S MOTION TO WITHDRAW PETITION FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE<br><br>[Doc. 15] |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　On June 8, 2009, Petitioner filed a motion to withdraw his petition for writ of habeas corpus without prejudice on the ground that he has not exhausted the state court remedies. (Court Doc. 15.) Petitioner's motion is construed as a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). At this stage in the proceedings, Petitioner has the absolute right to dismiss his petition, without prejudice.[1] Duke Energy Trading and Marketing, L.L.C. v. Davis, 267 F.3d 1042, 1049 (9th Cir. 2001). The filing of the notice itself has the effect of closing the action, and the Court no longer has jurisdiction over the claims. Id.

///

///

---

[1] Although Respondent has been ordered to file a response to the petition, the response is not yet due and has not yet been filed. See Rule 41(a)(1)(A)(i) of Federal Rules of Civil Procedure.

1

1  Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this file pursuant to
2  Plaintiff's notice of voluntary dismissal filed on April 27, 2009.
3  IT IS SO ORDERED.
4  **Dated:   June 11, 2009**                               **/s/ Oliver W. Wanger**
                                                                  UNITED STATES DISTRICT JUDGE